**No. 10-5285. Frank Williams, Jr., Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 913, 131 S. Ct. 271, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 6955.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2009 Ark. 523, 357 S.W.3d 867.

**No. 10-5286. Calvin Williams, Petitioner v. United States.**

562 U.S. 913, 131 S. Ct. 271, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 6896.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 375 Fed. Appx. 366.

**No. 10-5288. Phillip Wayne Green, Petitioner v. United States.**

562 U.S. 913, 131 S. Ct. 271, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 7246.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 599 F.3d 360.

**No. 10-5290. Ernesto Garcia, Petitioner v. United States.**

562 U.S. 913, 131 S. Ct. 271, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 6978.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5291. Jerry L. Maske, Petitioner v. Robert Murphy, et al.**

562 U.S. 913, 131 S. Ct. 271, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 6878.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-5292. Jerry L. Maske, Petitioner v. Valerie Estrada, et al.**

562 U.S. 913, 131 S. Ct. 272, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 7440.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-5293. Jerry L. Maske, Petitioner v. City of Aurora, Colorado.**

562 U.S. 913, 131 S. Ct. 272, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 6793.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-5294. Fred Jay Jackson, Petitioner v. Ernest C. Roe, Warden.**

562 U.S. 914, 131 S. Ct. 272, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 6846.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5295. Billy J. Lacey, Petitioner v. Correctional Officer Dominguez, et al.**

562 U.S. 914, 131 S. Ct. 272, 178 L. Ed. 2d 179, 2010 U.S. LEXIS 7421.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.